

# United States District Court
# Eastern District of California

| Joanna Bernadette Sandoval | Case Number: 1:24-cv-1530-JLT-BAM |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Experian Information Solutions, Inc., et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Timothy D. Lanzendorfer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Experian Information Solutions, Inc.

On 11/14/2022 (date), I was admitted to practice and presently in good standing in the State of Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/02/2025             Signature of Applicant: /s/ Timothy D. Lanzendorfer

**Pro Hac Vice Attorney**

Applicant's Name: Timothy D. Lanzendorfer
Law Firm Name: Jones Day
Address: 325 John H. McConnell Boulevard, Suite 600

City: Columbus    State: OH    Zip: 43215
Phone Number w/Area Code: (614) 281-3076
City and State of Residence: Columbus, Ohio
Primary E-mail Address: tlanzendorfer@jonesday.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Hillary J. Green
Law Firm Name: Jones Day
Address: 3161 Michelson Drive, Suite 800

City: Irvine    State: CA    Zip: 92612
Phone Number w/Area Code: (949) 553-7552    Bar #: 243221

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **January 3, 2025**

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT